UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAFAEL ALVARADO HENRIQUEZ, aka OSCAR R. ALVARADO,<br><br>          Petitioner,<br><br>   v.<br><br>JEFFERSON B. SESSIONS III,<br><br>          Respondent. | No. 2:18-cv-3128 KJM KJN P<br><br>ORDER TO SHOW CAUSE |

Petitioner is confined in the Yuba County Jail awaiting deportation. Petitioner is proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 16, 2019, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within fourteen days, why his failure to oppose respondent's motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner

////

////

1

is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

Dated: February 22, 2019

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/henr3218.46h

2