UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAFAEL ALVARADO HENRIQUEZ, aka OSCAR R. ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS III,<br><br>Respondent. | No. 2:18-cv-3128 KJM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner is confined in the Yuba County Jail awaiting deportation. Petitioner is proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order filed February 22, 2019, petitioner was ordered to show cause, within fourteen days, why this action should not be dismissed. The fourteen-day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 12, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/henr3128.fsc.hab